Nov. Term,
1855.

MAKEPEACE *v.* WRIGHT.

BARNES.
v.
McKAY.

APPEAL from the *Madison* Circuit Court.

*Per Curiam.*—Replevin for a wagon. Pleas, the general issue, property in defendant, and property in a third person. Issues of fact. Trial by the Court. Judgment for the plaintiff. Appeal to this Court.

*Tuesday,*
*December* 18.

The correctness of the judgment upon the evidence is denied. It preponderates in its favor, and is affirmed with 1 per cent. damages and costs.

*J.* and *M. S. Robinson*, for the appellant.

*T. D.* and *R. L. Walpole*, for the appellee.